IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00966-WYD-CBS

GLORIA JONES,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 10], filed on June 5, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 10] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

    DATED:  June 6, 2013.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior U.S. District Judge